Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Queens County (Kron, J.), both imposed January 15, 2015, upon his pleas of guilty, on the ground that the sentences were excessive.
 

 Ordered that the sentences are affirmed.
 

 The defendant’s purported waiver of his right to appeal was invalid (see People v Bradshaw, 18 NY3d 257, 267 [2011]; People v Brown, 122 AD3d 133 [2014]), and thus, does not preclude review of the defendant’s claim that the sentences were excessive (see People v Villanti, 152 AD3d 801 [2017]). Moreover, contrary to the People’s contention, the fact that the defendant received the negotiated sentences does not foreclose him from arguing that the sentences were excessive (see People v Thompson, 60 NY2d 513 [1983]). The sentences, however, were not excessive (see People v Suitte, 90 AD2d 80 [1982]).
 

 Eng, P.J., Balkin, Hall, Duffy and Brathwaite Nelson, JJ., concur.